UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter F. Barry, | Court File No. 21-cv-1312 (DWF/KMM) |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| Texas Market Research, L.L.C., | |
| Defendant. | |

Defendant Texas Market Research Group, L.L.C. moves this Court for an order dismissing the Amended Complaint for lack of standing and lack of subject matter jurisdiction as a result of derivative immunity under Fed. R. Civ.P. 12(b)(1), dismissing the Amended Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6), and striking class allegations under Fed. R. Civ. P. 12(f). This motion is supported by an accompanying memorandum of law, arguments of counsel, and all the files, records, and proceedings in this case.

Dated: August 31, 2021

**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Andrew M. Carlson*
Andrew M. Carlson (#0284828)
ACarlson@Taftlaw.com
Yuka Shiotani (#0401989)
yshiotani@Taftlaw.com
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

*Attorneys for Defendant
Texas Market Research Group, L.L.C.*

13659541v1