## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter F. Barry, an individual, on behalf of himself and all others similarly situated, | Case No.: 21-cv-1312-DWF-KMM |
|     Plaintiff,<br>v. | **NOTICE OF SETTLEMENT** |
| Texas Market Research Group, L.L.C.,<br><br>    Defendant. | |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

Respectfully submitted,

**The Law Offices of Roberto Robledo**

Dated: October 5, 2021

By:  s/ Roberto Robledo
Roberto Robledo, Esq. (CA # 260041 *Admitted Pro Hac Vice)
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone:  (619) 500-6683
roberto@robertorobledo.com

Consumer Justice Law Center P.A.
Thomas J. Lyons, Jr. (MN # 249646)
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
tommy@consumerjusticecenter.com

***Attorneys for Plaintiff***

-1-