UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter F. Barry, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Texas Market Research Group, L.L.C.,<br><br>Defendant. | Case No.: 21-cv-1312-DWF-KMM<br><br>JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE PURSUANT TO FRCP 41(a) |

IT IS HEREBY STIPULATED between the Parties, through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice and on the merits, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action. Each party shall bear its own costs and expenses.

                                          Respectfully submitted,

                                          **The Law Offices of Roberto Robledo**

Dated: October 29, 2021

                                          By:  s/ Roberto Robledo
                                          Roberto Robledo, Esq. (CA # 260041
                                          *Admitted Pro Hac Vice)
                                          8033 Linda Vista Road, Suite 200
                                          San Diego, CA 92111
                                          Telephone:  (619) 500-6683
                                          roberto@robertorobledo.com

                                          Consumer Justice Law Center P.A.
                                          Thomas J. Lyons, Jr. (MN # 249646)

-1-

-2-

367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
tommy@consumerjusticecenter.com

*Attorneys for Plaintiff*


**TAFT STETTINIUS & HOLLISTER LLP**

By:  s/ Andrew M. Carlson
Andrew M. Carlson (MN # 284828)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 977-8400
acarlson@taftlaw.com

*Attorneys for Defendant*