# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter F. Barry, an individual, on behalf of himself and all others similarly situated, | Civil No. 21-1312 (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Texas Market Research Group, L.L.C., | |
| Defendant. | |

Based upon the Joint Stipulation of Dismissal filed by the parties on October 29, 2021, (Doc. No. [34]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear their own costs and expenses.

Dated:  November 1, 2021

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge